ORIGINAL

1  mariogarciainf

2  LEONARDO M. RAPADAS
   United States Attorney
3  RYAN M. ANDERSON
   Special Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   PHONE: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

NOV - 7 2006

MARY L.M. MORAN
CLERK OF COURT

8
9          IN THE UNITED STATES DISTRICT COURT

           FOR THE TERRITORY OF GUAM
10

11  UNITED STATES OF AMERICA,            )   ~~MAGISTRATE~~
                                         )   ~~CRIMINAL CASE NO.~~ ~~06-00027~~
                                         )   CRIMINAL CASE NO.
12                 Plaintiff,            )   **INFORMATION**  06-00053
                                         )
13          vs.                          )   **THEFT OF GOVERNMENT**
                                         )   **PROPERTY**
14  MARIO GARCIA,                        )   [18 U.S.C. § 641]
                                         )   (Misdemeanor)
15                 Defendant.            )
                                         )
16

17  THE UNITED STATES ATTORNEY CHARGES:

18      On or about September 27, 2006, in the District of Guam, the defendant, MARIO

19  GARCIA, willfully and knowingly, did steal and purloin United States property from U.S. Naval

20  Base Guam, of the value of less than $1000, in violation of Title 18, United States Code, Section

21  641.

22      DATED this 7th day of November, 2006.

23                                       LEONARDO M. RAPADAS
                                         United States Attorney
24                                       Districts of Guam and NMI

25

26                              By:      _____
                                         RYAN M. ANDERSON
27                                       Special Assistant U.S. Attorney

28