# Criminal Case Cover Sheet

**U.S. District Court**

**06 - 00053**
~~06 - 00027~~

**Place of Offense:**
City ___Hagåtña___
Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number ~~06-00027~~
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

## Defendant Information:

Juvenile: Yes ____ No __X__  Matter to be sealed: ____ Yes ____ No

Defendant Name ___Mario Garcia___

Alias Name _____

Address _____
___MongMong, Guam___

Birthdate _xx/xx/1955_  SS# _xxx-xx-2284_  Sex __M__  Race __PI__  Nationality __Chamorro__

## U.S. Attorney Information:

SAUSA ___Ryan Anderson___

Interpreter: __X__ No ____ Yes  List language and/or dialect: _____

**RECEIVED NOV - 7 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

## Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

## U.S.C. Citations

Total # of Counts: _____  ____ Petty __X__ Misdemeanor ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 641 | Theft of Government Property | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __11/7/06__  Signature of AUSA: _/s/ Ryan Anderson_