LEONARDO M. RAPADAS
United States Attorney
RYAN ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV -7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA, ) ~~MAGISTRATE~~ ~~CRIMINAL CASE NO. 06-00027~~
) CRIMINAL CASE NO. 06-00053
Plaintiff, )
) UNITED STATES' REQUEST
vs. ) FOR ISSUANCE OF SUMMONS
)
MARIO GARCIA, )
)
Defendant. )
)

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, MARIO GARCIA, based on an Information filed charging the defendant with Theft of Government Property in violation to Title 18, United States Code, Section 641.

Respectfully submitted this 7th day of November 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN ANDERSON
Special Assistant U.S. Attorney