LEONARDO M. RAPADAS
United States Attorney
RYAN ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV -8 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>MARIO GARCIA,<br><br>        Defendant. | CRIMINAL CASE NO. 06-00053<br><br>**O R D E R** |

At the request of the Government upon the filing of an Information in the case herein, it is hereby ordered that a summons be issued for the above-named defendant.

<u>November 8, 2006</u>
      DATE

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

**ORIGINAL**