RECEIVED
NOV 11 2006
US MARSHALS SERVICE-GUAM

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

UNITED STATES OF AMERICA
V.

MARIO GARCIA

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: **CR-06-00053**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **4th FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910** | **COURTROOM** |
| Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Date and Time<br>**Thursday, November 16, 2006 at 10:30 a.m.** |

To answer a(n)

☐ Indictment X Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Pretrial Violation Notice

Charging you with a violation of Title **18** United States Code, Section(s) **641**

Brief description of offense:

**THEFT OF GOVERNMENT PROPERTY (MISDEMEANOR)**

FILED
DISTRICT COURT OF GUAM
NOV 15 2006 mba
MARY L.M. MORAN
CLERK OF COURT

**LEILANI R. TOVES HERNANDEZ, Deputy Clerk**
Name and Title of Issuing Officer

Signature of Issuing Officer

**November 8, 2006**
Date

ORIGINAL

## RETURN OF SERVICE

Service was made by me on:[1] Date 11/13/06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Contacted by USPD John Gorman, USPD will receive summons on defendants behalf. Defendant was also contacted by me and has been advised of court date.

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 11/15/06
Date

[signature]
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.