ORIGINAL

JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Fax: (671) 472-7120

Attorney for Defendant
MARIO GARCIA

**FILED**
DISTRICT COURT OF GUAM
DEC 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-00053 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE TRIAL |
| ) | DATE AND EXCLUDING TIME |
| vs. ) | |
| ) | |
| MARIO GARCIA, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant's Trial presently scheduled for January 12, 2007, at 9:30 a.m., be continued for approximately two weeks, or a date convenient for the Court's calendar.

The parties request this continuance as defense counsel will be off-island for business and personal reasons from December 21, 2006 to January 11, 2007 and thus will not have adequate time to prepare for trial.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the

time period beginning and including January 12, 2007, to and including _____, 2007, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

Therefore, for the reasons set forth in this stipulation, the parties respectfully submit that this continuance is in Mr. Garcia's best interests, furthers judicial economy and efficiency and is in society's best interests. Mr. Garcia has been consulted and concurs with the proposed continuance. Thus, the ends of justice are best served by this proposed continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, December 20, 2006.

_____
JOHN T. GORMAN
Attorney for Defendant
MARIO GARCIA

_____
RYAN M. ANDERSON
Attorney for Plaintiff
UNITED STATES OF AMERICA