JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
MARIO GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00053 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | re: STIPULATION TO CONTINUE TRIAL |
| MARIO GARCIA, | ) | AND EXCLUDE TIME |
| Defendant. | ) | |

The Stipulation filed on December 20, 2006, to continue the trial to presently scheduled for January 12, 2007, is hereby approved, and the trial herein is re-scheduled to commence on February 6, 2007, at 9:00 a.m.. Based on the above-referenced stipulation, the period of time between January 12, 2007, to February 6, 2007, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8) since the ends of justice are best served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161.

DATED: Hagatna, Guam, December 21, 2006.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**