mariogarciaalibi

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
JAN 24 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00053 |
| Plaintiff, | |
| vs. | REQUEST FOR ALIBI<br>[Fed. R. Crim. P. 12.1 (a)] |
| MARIO GARCIA, | |
| Defendant. | |

In accordance with Federal Rule of Criminal Procedure 12.1(a) the government hereby requests defendant's alibi and explanation of the event which occurred on September 27, 2006, on or about 0830, at Radio Barrigada onboard U.S. Naval Base Guam, in connection with the alleged violation of Title 18, United States Code, Section 641. The government further requests the names, addresses, and phone numbers of any witnesses upon whom the defendant intends to rely to establish such alibi.

DATED this 19th day of January 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney