JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
MARIO GARCIA

IN THE DISTRICT COURT OF GUAM
FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00053 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | re: Stipulation to Continue Trial and |
| | ) | Exclude Time |
| MARIO GARCIA, | ) | |
| Defendant. | ) | |

The Stipulation filed on January 24, 2007, to continue trial is hereby approved. Accordingly, the trial presently scheduled to commence on February 6, 2007, is hereby moved to February 21, 2007, at 9:00 a.m. Furthermore, based on the above-referenced stipulation, the period between February 6, 2007, and February 21, 2007, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) since the ends of justice are best served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161.

DATED: Hagatna, Guam, January 25, 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**