ORIGINAL

mariogarciainf2

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB -7 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00053 |
| Plaintiff, | **AMENDED INFORMATION** |
| vs. | **THEFT OF GOVERNMENT PROPERTY** |
| MARIO GARCIA, | [18 U.S.C. § 641] |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about September 27, 2006, in the District of Guam, the defendant, MARIO GARCIA, willfully and knowingly, without authority, did dispose and convey a thing of value, to wit: copper cable, of the value of less than $1000, property of the United States, in violation of Title 18, United States Code, Section 641.

DATED this 6th day of February, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ Ryan M. Anderson_
RYAN M. ANDERSON
Special Assistant U.S. Attorney