LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB -7 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00053 |
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF INTENT TO USE EXPERT TESTIMONY |
| MARIO GARCIA, | ) | |
| Defendant. | ) | |

Comes now the United States, through Special Assistant U.S. Attorney Ryan M. Anderson and provides notice that the United States intends to use expert testimony pursuant to Federal Rules of Evidence §702 and Federal Rules of Criminal Procedure Rule 16(a)(G). The Government intends to call Defense Reutilization and Marketing Office (DRMO) Site Manger Wayne Tisdale, as an expert at trial. Wayne Tisdale will testify concerning his observations, findings, conclusions, opinions, and bases for his opinions which were based on the description of the surplus copper cable located at Radio Barrigada. In addition, Wayne Tisdale will testify concerning the valuation of surplus copper cable, the methods and reasons for such, as well as explaining terminology and findings. Wayne Tisdale has been employed for four (4) years as the Site Manager for DRMO in Guam. Wayne Tisdale has been employed for thirty (30) years in the disposal business in Guam, Japan, Korea, and the United States. During these thirty years,

Wayne Tisdale has completed numerous training courses relevant to the disposal of government surplus.

Respectfully submitted this 7 day of February, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

*[signature]*

RYAN M. ANDERSON
Special Assistant U.S. Attorney

2