```
 1
 2
 3
 4
 5
 6
 7                    IN THE DISTRICT COURT OF GUAM
 8                    FOR THE TERRITORY OF GUAM
 9
10  UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO. 06-00053
11                       Plaintiff,  )
12             vs.                    )
13  MARIO GARCIA,                     )            ORDER
14                       Defendant.   )
15  _____  )
16
17       IT IS HEREBY ORDERED that the parties shall appear for a pretrial conference on
18  Friday, February 16, 2007, at 11:00 a.m.
19       SO ORDERED this 13th day of February 2007.
20
21
22
23
24                                    /s/ Joaquin V.E. Manibusan, Jr.
                                      U.S. Magistrate Judge
25
26
27
28
```