LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
FEB 13 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> MARIO GARCIA, <br> Defendant. | CRIMINAL CASE NO. 06-00053 <br><br> **GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT** |

The Government hereby request the use of the Court's Digital Evidence Presentation System, at the trial in the above-captioned matter, beginning February 21, 2007.

RESPECTFULLY SUBMITTED this 13th day of February, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *Ry. M. Ander*
RYAN M. ANDERSON
Special Assistant U.S. Attorney