ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 13 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> MARIO GARCIA, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 06-00053 <br><br> **UNITED STATES'** <br> **EXHIBIT LIST** |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief.

Respectfully submitted this __13th__ day of February, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Ryan M. Anderson
RYAN M. ANDERSON
Special Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 1. | Photograph of Yellow Trailer with Loaded Copper Cable | _____ | _____ |
| 2. | Photograph of Copper Cable Inside Yellow Trailer | _____ | _____ |
| 3. | Photograph of Copper Cable Inside Yellow Trailer | _____ | _____ |
| 4. | Photograph of Copper Cable Located on Radio Barrigada | _____ | _____ |
| 5. | Photograph of Yellow Trailer Containing the Loaded Copper Cable | _____ | _____ |
| 6. | Photograph of Cable Cutters | _____ | _____ |
| 7. | OPNAV 5527/4 (DEC 1982)- Department of the Navy Civilian Suspect's Acknowledgment and Waiver of Right's Form | _____ | _____ |
| 8. | Sworn Statement of Mario Garcia | _____ | _____ |
| 9. | Public Record Referencing Procedures to Monitor and Replenish Stock Inventories and DRMO Turn-In | _____ | _____ |