Garcia Witness List

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 13 2007

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00053 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES' WITNESS LIST** |
| MARIO GARCIA, ) | |
| Defendant. ) | |

Pursuant to the order of this Court, the United States hereby submits the attached witness list for purposes of voir dire.

Respectfully submitted this 16th day of June, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Ryan M. Anderson
RYAN M. ANDERSON
Special Assistant U.S. Attorney

## WITNESS LIST

Dekario Mariano Bandemare
Tamuning, GU.

Ryan Clarence Luzanta
Agat, GU.

Patrol Officer Hilda Mantanona
Naval Security Force- Detachment Guam

Christine Leonard
Tamuning, GU

SGT (DOD) Donald Ray Fergison
Naval Security Force- Detachment Guam.

Petty Officer Second Class Steven Hendrik Bloem
Naval Security Force- Detachment Guam

Patrol Officer Vincent Jonathan Castro
Naval Security Force- Detachment Guam.

Investigator Marcus Williams
Naval Security Force Detachment Guam

Investigator Lucus Maxey
Naval Security Force Detachment Guam.

Anthony A. Gumataotao
Agana Heights, GU.

Peter Naputi
Talofofo, GU

Frank Blas
Dededo, GU

Peter D. Wolford
Ipan, GU

Wayne Tisdale
Santa Rita, GU

Jeff Guerrero
Mangilao, GU

Ronald Larrew
Yigo, GU

Joseph Manibusan
Dededo, GU

George Perez
Mangilao, GU.

- 1 -