ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334
Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 13 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.06-00053 |
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES'** [PROPOSED] **VERDICT FORM** |
| MARIO GARCIA, | ) | |
| Defendant. | ) | |

Pursuant to the Order of this Court, the United States hereby submits the following verdict form for purposes of this trial.

Respectfully submitted this  13th  day of February, 2007.

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and NMI

By: _____
                                RYAN M. ANDERSON
                                Special Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.06-00053 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **VERDICT FORM** |
| MARIO GARCIA, | ) | |
| Defendant. | ) | |

**THEFT OF GOVERNMENT PROPERTY (Misdemeanor)**

We, the Jury, in the above-entitled case unanimously find the defendant, MARIO GARCIA: Violation of Title 18, United States Code, Section 641:

/ /   NOT GUILTY

/ /   GUILTY

DATED this _____ day of _____, 2007, at Hagatna, Guam.

_____
FOREPERSON

-1-