# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

UNITED STATES OF AMERICA,

V.

MARIO GARCIA,
Defendant.

**SUBPOENA IN A CRIMINAL CASE**

Case Number: CR: 06-00053

TO: CHRISTIAN LEONARD
114 Vivian Way
Tamuning, Guam 96913

**FILED**
DISTRICT COURT OF GUAM

FEB 13 2007

**MARY L.M. MORAN
CLERK OF COURT**

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURTHOUSE<br>4th Floor, 520 West Soledad Avenue<br>Hagatna, Guam | |
| | DATE AND TIME<br>2/21/2007 9:00 am |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Mary L.M. Moran<br>(By) Deputy Clerk | FEB 12 2007 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
JOHN T. GORMAN, Federal Public Defender's Office, 400 Route 8, Suite 501, First Hawaiian Bank Building
Mongmong, Guam 96910 TELEPHONE: (671) 472-7111 FACSIMILE: (671) 472-7120

ORIGINAL

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 2/12/07 | PLACE Clerk Office - District Court |
| SERVED | DATE 2/12/07 | PLACE Federal Public Defender's Office |
| SERVED ON (PRINT NAME) Christian Leonard | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☑ NO AMOUNT $ |
| SERVED BY (PRINT NAME) Alexander A. Modaber | | TITLE Investigator |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    2/12/07
                DATE

SIGNATURE OF SERVER

400 Route 8, Suite 501

ADDRESS OF SERVER

FHB Building, Mongmong, Guam 96910

ADDITIONAL INFORMATION