# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00053 |
| Plaintiff, | ) | |
| vs. | ) | |
| MARIO GARCIA, | ) | ORDER |
| Defendant. | ) | |

Due to the scheduling needs of the Court, the trial presently set to commence on February 21, 2007, is hereby moved to Monday, February 26, 2007, at 9:00 a.m.

SO ORDERED this 14th day of February 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**