LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

# IN THE DISTRICT COURT OF GUAM

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00053 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER**<br>) **re: Government's Request**<br>) **for use of Court's Equipment** |
| MARIO GARCIA, | ) |
| Defendant. | ) |

The government's request for use of the Court's Digital Evidence Presentation System, at the trial in the above-captioned matter, is hereby granted.

**SO ORDERED** this 14th day of February 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**