JOHN T. GORMAN
Federal Public Defender/District of Guam
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111


**FILED**
DISTRICT COURT OF GUAM
FEB 15 2007
MARY L.M. MORAN
CLERK OF COURT

Attorney for Defendant
MARIO GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 06-00053 |
|---|---|
| Plaintiff, | ) DEFENDANT'S WITNESS LIST |
| vs. | ) |
| MARIO GARCIA, | ) |
| Defendant. | ) |

Defendant, MARIO GARCIA, by and through counsel, John T. Gorman, Assistant Federal Public Defender, submits the attached witness list.

1. Christine Leonard
   Tamuning, Guam

DATED: Mongmong, Guam, February 15, 2007.

JOHN T. GORMAN
Attorney for Defendant
MARIO GARCIA

ORIGINAL

# CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on February 15, 2007:

RYAN M. ANDERSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, February 15, 2007.

RENATE A. DOEHL
Operations Administrator

JOHN T. GORMAN
Attorney for Defendant
MARIO GARCIA

2