JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
MARIO GARCIA

FILED
DISTRICT COURT OF GUAM

FEB 1 5 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 06-00053 |
|---|---|
| Plaintiff, | ) |
| | ) DEFENDANT'S PROPOSED VERDICT |
| | ) FORM |
| vs. | ) |
| | ) |
| MARIO GARCIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to the Order of the Court, Defendant, MARIO GARCIA, submits the following proposed verdict form annexed hereto.

DATED: Mongmong, Guam, February 15, 2007.

_____
JOHN T. GORMAN
Attorney for Defendant
MARIO GARCIA

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 06-00053 |
|---|---|
| Plaintiff, | ) <br> ) VERDICT <br> ) FORM |
| vs. | ) <br> ) |
| MARIO GARCIA, | ) <br> ) |
| Defendant. | ) <br> ) |

We, the Jury, in the above-entitled case unanimously find the Defendant, MARIO GARCIA:

**THEFT OF GOVERNMENT PROPERTY (Misdemeanor)**

Violation of Section 641, Title 18, United States Code, Theft of Government Property:

/ /  NOT GUILTY

/ /  GUILTY

Dated this _____ day of _____, 2007, at Hagåtña, Guam.

_____
FOREPERSON

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on February 15, 2007:

RYAN M. ANDERSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, February 15, 2007.

_____
RENATE A. DOEHL
Operations Administrator

JOHN T. GORMAN
Attorney for Defendant
MARIO GARCIA