**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
TRIAL**

CASE NO.: CR-06-00053　　　　　　　　　　DATE: February 16, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 11:17:50 - 11:36:09
CSO: B. Benavente

**APPEARANCES:**

Defendant: Mario Garcia　　　　　　　Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Ryan Anderson　　　　U.S. Agent:
U.S. Probation: None Present　　　　U.S. Marshal: D. Punzalan
Interpreter:　　　　　　　　　　　　Language:

**PROCEEDINGS: Pretrial Conference**
- Parties' oral stipulation to continue the trial was granted. Trial set for: February 28, 2007 at 9:00 A.M. No further written order will be forthcoming.
- Motion in Limine to be filed no later than: February 21, 2007.
- Defendant to remain released.

NOTES: