mariogarciainf2

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
FEB 16 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00053 |
| Plaintiff, | **SUPERSEDING INFORMATION** |
| vs. | **THEFT OF GOVERNMENT PROPERTY** |
| MARIO GARCIA, | [18 U.S.C. § 641] |
| Defendant. | (Counts I and II) |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I - THEFT OF GOVERNMENT PROPERTY**

On or about September 27, 2006, in the District of Guam, the defendant, MARIO GARCIA, willfully and knowingly, without authority, did dispose and convey a thing of value, to wit: copper cable, of the value of less than $1000, property of the United States, in violation of Title 18, United States Code, Section 641.

**COUNT II - THEFT OF GOVERNMENT PROPERTY**

On or about August 2004, on two separate occasions, in the District of Guam, the defendant, MARIO GARCIA, willfully and knowingly, without authority, did sell, dispose, and

1 | convey a thing of value, to wit: copper cable, of the value of less than $1000, property of the
2 | United States, in violation of Title 18, United States Code, Section 641.
3 | DATED this 16th day of February, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
RYAN M. ANDERSON
Special Assistant U.S. Attorney