ORIGINAL

Garcia Witness List

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 21 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARIO GARCIA, <br><br> Defendant. | CRIMINAL CASE NO. 06-00053 <br><br> **UNITED STATES' AMENDED WITNESS LIST** |

Pursuant to the order of this Court, the United States hereby submits the attached amended witness list for purposes of voir dire.

Respectfully submitted this 21st day of February, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney

<u>WITNESS LIST</u>

1. Ryan Clarence Luzanta
   Agat, GU.

2. Patrol Officer Hilda Mantanona
   Naval Security Force- Detachment Guam.

3. SGT (DOD) Donald Ray Fergison
   Naval Security Force- Detachment Guam.

4. Investigator Marcus Williams
   Naval Security Force Detachment Guam.

5. Anthony A. Gumataotao
   Agana Heights, GU.

6. Peter Naputi
   Talofofo, GU.

7. Frank Blas
   Dededo, GU.

8. Peter D. Wolford
   Ipan, GU.

9. Wayne Tisdale
   Santa Rita, GU.

10. Jeff Guerrero
    Mangilao, GU.

11. Ronald Larrew
    Yigo, GU.

12. Joseph Manibusan
    Dededo, GU.

13. George Perez
    Mangilao, GU.

14. Ron Rogers
    Dededo, GU.