RECEIVED
FEB 21 2007
US MARSHALS SERVICE-GUAM

FILED
DISTRICT COURT OF GUAM
FEB 26 2007
MARY L.M. MORAN
CLERK OF COURT

AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

UNITED STATES OF AMERICA
V.

MARIO GARCIA

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR-06-00053

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910 | 413 |
| | Date and Time |
| Before: HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | Tuesday, February 27, 2007 at 9:30 a.m. |

To answer a(n)

☐ Indictment  X Superseding Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title ___18___ United States Code, Section(s) ___641___

Brief description of offense:

Count I - Theft of Government Property

Count II - Theft of Government Property

WALTER M. TENORIO
Name and Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

February 20, 2007
Date

**ORIGINAL**

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]   Date  2/23/07

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:
Served on Federal Public Defender John Gorman

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   2/23/07
             Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.