# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00053     DATE: February 27, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori     Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore     Electronically Recorded: 10:03:59 - 10:41:49
                                                                   2:37:42 - 2:53:05
CSO: B. Benavente

**APPEARANCES:**

Defendant: Mario Garcia     Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.     ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Ryan Anderson     U.S. Agent:
U.S. Probation: Carleen Borja     U.S. Marshal: D. Punzalan
Interpreter:     Language:

**PROCEEDINGS: Initial Appearance and Arraignment on Superseding Information**
- Defendant orally waived trial, judgment and sentencing by a district judge.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Superseding Information.
- Plea entered: <u>Not guilty</u>
- Government's oral Motion in Limine as to Christine Leonard <u>denied</u>.
- Defendant to remain released.

NOTES: If the defendant does not file 3161(c)(2) waiver by 11:00 A.M. tomorrow, parties will appear for a status hearing at 1:30 P.M.  The Court continued the trial in this matter from February 28, 2007 to March 1, 2007 at 9:00 A.M.