JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

**FILED**
DISTRICT COURT OF GUAM

FEB 2 8 2007

MARY L.M. MORAN
CLERK OF COURT

Attorney for Defendant
MARIO GARCIA

### IN THE UNITED STATES DISTRICT COURT

### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 06-00053 |
| | ) |
| Plaintiff, | ) WAIVER OF RIGHT TO HAVE 30 DAYS |
| | ) TO PREPARE FOR TRIAL |
| vs. | ) |
| | ) |
| MARIO GARCIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Magistrate Judge has advised me of my right to have at least 30 days to prepare

for trial before the Magistrate Judge. I hereby waive or give up my right to have at least 30 days to

prepare for trial.

DATED: Mongmong, Guam, February 28, 2007.

_____
MARIO GARCIA

_____
JOHN T. GORMAN
Attorney for MARIO GARCIA

## ORIGINAL

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing

document was filed with U.S. District Court and electronically served by the U.S. District Court

Clerk's Office to the following on February 28, 2007:

RYAN ANDERSON
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

F. MICHAEL CRUZ
Chief U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, February 28, 2007.

RENATE A. DOEHL
Operations Administrator

JOHN T. GORMAN
Attorney for Defendant
MARIO GARCIA