# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-06-00053                    DATE: March 01, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori           Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 9:09:00 - 9:13:21
CSO: B. Benavente

---

**APPEARANCES:**

Defendant: Mario Garcia                 Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Ryan Anderson            U.S. Agent:
U.S. Probation: Carleen Borja           U.S. Marshal: D. Punzalan
Interpreter:                            Language:

---

**PROCEEDINGS: Status Conference**

- Defense counsel withdrew the Waiver of Right to Have 30 Days to Prepare For Trial. The Court accepted the withdrawal and instructed counsel to submit his withdrawal in writing.
- Jury Trial set for: April 9, 2007 at 9:00 A.M.

NOTES: