JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
MARIO GARCIA

FILED
DISTRICT COURT OF GUAM
MAR - 1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 06-00053 |
|---|---|
| Plaintiff, | ) WITHDRAWAL OF WAIVER OF RIGHT |
| | ) TO HAVE 30 DAYS TO PREPARE FOR |
| vs. | ) TRIAL |
| MARIO GARCIA, | ) |
| Defendant. | ) |

The Magistrate Judge has advised me of my right to have at least 30 days to prepare for trial before the Magistrate Judge. I hereby withdraw my Waiver of my right to have at least 30 days to prepare for trial filed February 28, 2007 and request this Court set this matter for trial.

DATED: Mongmong, Guam, March 1, 2007.

_____  _____
MARIO GARCIA              JOHN T. GORMAN
                          Attorney for MARIO GARCIA

ORIGINAL

# CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on March 1, 2007:

> RYAN ANDERSON
> Special Assistant United States Attorney
> Sirena Plaza
> 108 Hernan Cortez, Ste. 500
> Hagatna, Guam  96910
>
> Attorney for Plaintiff
> UNITED STATES OF AMERICA
>
>
> F. MICHAEL CRUZ
> Chief U.S. Probation Officer
> U.S. Probation Office
> Districts of Guam and NMI
> 2nd Floor, U.S. District Court

DATED: Mongmong, Guam, March 1, 2007.

_____
RENATE A. DOEHL
Operations Administrator

JOHN T. GORMAN
Attorney for Defendant
MARIO GARCIA