# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-06-00053　　　　　　　　　　　DATE: April 04, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 9:18:32 - 9:22:40 |
| CSO: L. Ogo | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Mario Garcia | Attorney: John Gorman |
| ☑ Present ☐ Custody ☐ Bond ☑ P.R. | ☑ Present ☐ Retained ☑ FPD ☐ CJA |
| U.S. Attorney: Ryan Anderson | U.S. Agent: |
| U.S. Probation: Christopher Duenas | U.S. Marshal: D. Punzalan |
| Interpreter: | Language: |

**PROCEEDINGS: Pretrial Conference**

- Parties request to continue trial <u>granted</u>. Parties instructed to submit stipulation for continuance and waiver of speedy trial.

NOTES: