JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Fax: (671) 472-7120

**FILED**

DISTRICT COURT OF GUAM

APR - 5 2007 ~

MARY L.M. MORAN
CLERK OF COURT

Attorney for Defendant
MARIO GARCIA

## IN THE UNITED STATES DISTRICT COURT

### FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-00053 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE TRIAL |
| | ) | DATE AND EXCLUDING TIME |
| vs. | ) | |
| | ) | |
| MARIO GARCIA, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein

that the Defendant's Trial presently scheduled for April 9, 2007, at 9:00 a.m., be continued to May

15, 2007, or a date convenient for the Court's calendar.

The parties request this continuance as negotiations are ongoing that are very likely

to result in a non-trial disposition. The requested continuance will allow parties to conduct final

negotiations.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the

ORIGINAL

time period beginning and including April 9, 2007, to and including May 15, 2007, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

Therefore, for the reasons set forth in this stipulation, the parties respectfully submit that this continuance is in Mr. Garcia's best interests, furthers judicial economy and efficiency and is in society's best interests. Thus, the ends of justice are best served by this proposed continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, April 4, 2007.


JOHN T. GORMAN
Attorney for Defendant
MARIO GARCIA

MARIO GARCIA
Defendant


RYAN M. ANDERSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

2