JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111

Attorney for Defendant
MARIO GARCIA

IN THE DISTRICT COURT OF GUAM
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00053 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARIO GARCIA, | ) | Granting Stipulation to Continue Trial and |
| | ) | Excluding Time |
| Defendant. | ) | |
| | ) | |

The Stipulation filed on April 5, 2007, to continue the trial to May 15, 2007, at 9:00 a.m.,

is hereby approved.  It is further ordered, based on the above-referenced stipulation, that the time

period between April 9, 2007 and May 15, 2007, shall be deemed excludable pursuant to 18 U.S.C.

§ 3161(h)(8)(A), since the ends of justice are best served by continuing the case as requested and

outweigh the interest of the public and the defendant in a trial within the original date prescribed by

the Speedy Trial Act, 18 U.S.C. § 3161.

DATED: Hagatna, Guam, April 5, 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**