PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| **TO**: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM**: | Carmen D. O'Mallan, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
|---|---|---|---|

| | **Original Notice** | **X** | **Notice of Disposition** |
|---|---|---|---|
| Date: | **November 16, 2006** | Date: | **April 26, 2007** |
| By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** | By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** |

| Defendant: | **GARCIA, Mario Gutierrez** | Case Number: | **USDC CR. CS. NO. 06-00053-001** |
|---|---|---|---|
| Date of Birth: | **XX-XX-1955** | Place of Birth: | **Tamuning, Guam - USA** |
| SSN: | **XXX-XX-2284** | | |

==================================================================

**NOTICE OF COURT ORDER** (Order Date: **November 16, 2006**)

**X**    The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

**X**    The above-named defendant surrendered Passport Number **XXXXXX** to the custody of the **U.S. District Court on Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

**X**    Defendant not convicted. **CASE DISMISSED APRIL 26, 2007, AS ORDERED BY U.S. MAGISTRATE JUDGE JOAQUIN V.E. MANIBUSAN.**

☐    Defendant convicted.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
    X Not Convicted - PS40/Passport returned to defendant.
    ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)